UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 3:10-cr-208-J-34TEM

ORIS ALEXANDER ENGLISH

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), the United States moves this Court to grant a two-level reduction in the defendant's offense level, and in support thereof states as follows:

The defendant provided information to law enforcement regarding the identity of a distributor of cocaine base who distributed drugs not only to the defendant, but to many others, including the minor victim in this case. Although the matter remains under investigation, the defendant's information corroborates what the minor victim has shared. As such, the Government is requesting that the defendant receive a departure for substantial assistance.

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant Oris Alexander English provided truthful and timely information to the United States which resulted in one of his co-defendants pleading guilty.

The United States believes that, because of his efforts on behalf of the United States, Oris Alexander English should receive a two-level reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

          Respectfully submitted,

          ROBERT E. O'NEILL
          United States Attorney

By:   *s/ Mac D. Heavener, III*
      MAC D. HEAVENER, III
      Assistant United States Attorney
      Florida Bar No. 0896748
      300 North Hogan Street, Suite 700
      Jacksonville, Florida  32202-4270
      Telephone:   (904) 301-6300
      Facsimile:     (904) 301-6310
      E-mail:          mac.heavener@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Donald B. Mairs, Esq.

          *s/ Mac D. Heavener, III*
          MAC D. HEAVENER, III
          Assistant United States Attorney