# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:10-cr-208-J-34TEM |
| v. | |
| ORIS ALEXANDER ENGLISH | |

| **Counsel for Government:** | **Counsel for Defendant:** |
|---|---|
| Mac Heavener | Donald Mairs |

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy:** Jodi L. Wiles
**Court Reporter:** Shelli Kozachenko      **U.S. Probation:** Irish Anderson

## CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

____ Interpreter placed under oath.
____ United States' witnesses: _____
____ Defendant's witnesses: _____
____ United States' exhibits filed in evidence: _____
____ Defendant's exhibits filed in evidence: _____
_X_ Plea previously accepted.
_X_ Defendant adjudged guilty on Count **One of the Indictment**
_X_ Imprisonment: **ONE HUNDRED EIGHTY-EIGHT (188) MONTHS**
_X_ Court recommends confinement at: **a facility located as close as possible to Cincinnati, OH**
_X_ Court recommends to the BOP that defendant enroll in the 500 hour intensive, residential substance abuse treatment program.
_X_ Court recommends to the BOP that defendant enroll in any educational and vocational programs as are available.
____ Court recommends to the BOP that defendant receive mental health treatment.
_X_ Supervised Release: **TEN (10) YEARS**
____ Probation: _____
_X_ Special Assessment: **$100.00** to be paid immediately.
____ Restitution: _____
_X_ Special conditions of supervised release/probation: _____
  _X_ Defendant shall participate as directed in a program for substance abuse treatment.
  _X_ Defendant shall participate as directed in a mental health program specializing in sexual offender treatment and submit to polygraph testing.
  _X_ Defendant shall register with the state sexual offender registration agency in any state where he resides, visits, is employed, carries on a vocation, or is a student.
  _X_ Defendant shall have no direct contact with minors and shall refrain from entering any area where children frequently congregate.
  _X_ Defendant is prohibited from possessing, subscribing to, or viewing, any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.
  _X_ Defendant shall cooperate in the collection of DNA as directed by the probation officer.
  _X_ Defendant shall submit to a search of his person, residence, computer, place of business, any storage units under his control, or vehicle.

____ Count(s) _____ dismissed on motion of Assistant U.S. Attorney or pursuant to Plea Agreement.
_X_ Defendant is remanded to the custody of the U.S. Marshal.
____ Defendant shall surrender to the designated institution as notified by the U.S. Marshal.
_X_ Defendant advised of right to appeal and to counsel on appeal.
_X_ Other: **The Motion by the United States for Downward Departure of Defendant's Sentence Based Upon Substantial Assistance (Dkt. No. 73) is GRANTED.**

DATE: December 1, 2011        TIME: 11:06 a.m. - 11:56 a.m.        TOTAL: 50 Minutes